### Julie WILSON–AL–MOWALLAD, Petitioner,

v.

### DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 04–3240.

United States Court of Appeals, Federal Circuit.

DECIDED: July 12, 2004.

Kenneth D. Woodrow, Principal Attorney, Brian M. Simkin, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Julie Wilson–Al–Mowallad, of Counsel, Eagan, MN, pro se.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.